# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glenne Marceline Ouessi Tchissambou,<br><br>Petitioner,<br><br>v.<br><br>Eric Rokosky, *et al.*,<br><br>Respondents. | No. CV-26-02509-PHX-JJT (ASB)<br><br>**ORDER** |

Petitioner Glenne Marceline Ouessi Tchissambou, who is represented by counsel, filed an Amended Petition for Writ of Habeas Corpus Under § 2241 (Doc. 6).[1] The Court will require Respondents to answer the Petition.

## I.   Petition

Petitioner is a citizen of Congo who entered the United States on February 15, 2025, and was placed in removal proceedings. On December 4, 2025, an Immigration Judge denied petitioner's asylum application, ordered Petitioner removed, but granted withholding of removal to both Congo and Senegal. Neither party appealed and the removal order became administratively final on December 4, 2025.

Petitioner has remained detained since her final order of removal. Petitioner claims she has not been informed of any attempt to remove her to a third-country nor has United

---

[1] Petitioner also filed a Motion for Temporary Restraining Order (Doc. 2). Because the Court is directing Respondents to promptly reply to the Petition, the Court finds Petitioner is not entitled to preliminary relief at this juncture. Therefore, the Court will deny the Motion without prejudice.

States Immigration and Customs Enforcement requested any travel documents for her or contacted any embassies.

In Count One, Petitioner claims a violation of 8 U.S.C. § 1231(a), as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). In Counts Two and Three, she asserts a violation of her Fifth Amendment right to procedural due process. Petitioner seeks release from custody.

The Court will require Respondents to answer the Petition.

**IT IS ORDERED:**

(1)    Petitioner's Motion for Temporary Restraining Order (Doc. 2) is **denied without prejudice**.

(2)    Counsel for Petitioner must immediately serve the Petition and a copy of this order on Respondents.

(3)    If not already issued, the Clerk's Office must issue any properly completed summonses.

(4)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(5)    Respondents must answer the Petition within **7 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(6)    Petitioner may file a reply within **7 days** from the date of service of the answer.

Dated this 15th day of April, 2026.

Honorable John J. Tuchi
United States District Judge

- 2 -